Query   Reports   Utilities   Help   What's New   Log Out

<span style="color:orange">CLOSED</span>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
# CRIMINAL DOCKET FOR CASE #: 8:23-mj-00399-DUTY All Defendants

Case title: USA v. Szanto

Date Filed: 08/08/2023

Date Terminated: 08/08/2023

---

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Peter Szanto**<br>*TERMINATED: 08/08/2023* | represented by | **M. Bo Griffith**<br>Federal Public Defenders Office<br>411 West Fourth Street, Suite 7110<br>Santa Ana, CA 92701-4598<br>714-338-4500<br>Fax: 714-338-4520<br>Email: bo_griffith@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

**Pending Counts**                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                        **Disposition**

None

---

**Plaintiff**

**USA**                                  represented by  **US Attorney's Office**
                                                         AUSA - Office of US Attorney
                                                         411 W 4th Street Suite 8000
                                                         Santa Ana, CA 92701-4599
                                                         714-338-3500
                                                         Email: USACAC.SACriminal@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/08/2023 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Peter Szanto, originating in the District of Wyoming. Defendant charged in violation of: 18:152, 157, 1519. Signed by agent Amanda Fritz, FBI; Special Agent. (ja) (Entered: 08/09/2023) |
| 08/08/2023 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Peter Szanto; defendants Year of Birth: 1950; date of arrest: 8/8/2023 (ja) (Entered: 08/09/2023) |
| 08/08/2023 | 3 | Defendant Peter Szanto arrested on warrant issued by the USDC District of Wyoming at Casper. (Attachments: # 1 Charging Document, # 2 Out of District Order)(ja) (Entered: 08/09/2023) |
| 08/08/2023 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Peter Szanto (ja) (Entered: 08/09/2023) |
| 08/08/2023 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Autumn D. Spaeth as to Defendant Peter SzantoDENYING 4 REQUEST for Detention as to Peter Szanto (1). Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Contested detention hearing held. Defendant arraigned. Attorney: M. Bo Griffith for Peter Szanto, Deputy Federal Public Defender, present, appointed for today's proceedings only. Court orders bail set as: Peter Szanto (1) $25,000 Unsecured Appearance Bond, SEE ATTACHED BOND FOR TERMS AND CONDITIONS. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Wyoming. Bond to Transfer. Defendant ordered to report on date determined by the District of Wyoming. Government's oral request for a 48 hour stay of the release order is GRANTED. Court Smart: CS 8/8/23. (ja) (Entered: 08/09/2023) |
| 08/08/2023 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Peter Szanto. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 08/09/2023) |
| 08/08/2023 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Plaintiff USA as to Defendant Peter Szanto. (ja) (Entered: 08/09/2023) |
| 08/08/2023 | 8 | WAIVER OF RIGHTS approved by Magistrate Judge Autumn D. Spaeth as to Defendant Peter Szanto. (ja) (Entered: 08/09/2023) |
| 08/08/2023 | 9 | DECLARATION RE: PASSPORT filed by Defendant Peter Szanto, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (ja) (Entered: 08/09/2023) |
| 08/09/2023 |   | Notice to District of Wyoming of a Rule 5 Initial Appearance as to Defendant Peter Szanto. Your case number is: 23CR95-SWS. The clerk will transmit any restricted documents via |

email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 5 Order on Request for Detention, Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 08/09/2023)

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

**F I L E D**
CLERK, U.S. DISTRICT COURT

**8/8/2023**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DTA _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*8:23-mj-00399-DUTY*

UNITED STATES OF AMERICA

V.                                          PLAINTIFF

Peter Szanto

USMS# _____          DEFENDANT

CASE NUMBER:

23-cr-95-sws

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on <u>August 8, 2023</u> at <u>0600</u> ☒ AM ☐ PM
   or
   The defendant was arrested in the <u>N/A</u> District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 152(2), 18 USC 157, 18 USC 1519

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: <u>1950</u>

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: <u>Duty</u>

10. Remarks (if any): <u>N/A</u>

11. Name: <u>Caroline Agan</u>  (please print)

12. Office Phone Number: <u>703-609-2582</u>        13. Agency: <u>FBI</u>

14. Signature: *Cagan*              15. Date: <u>8/8/2023</u>

CR-64 (09/20)                **REPORT COMMENCING CRIMINAL ACTION**

1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   BRADLEY E. MARRETT (Cal. Bar No. 288079)
4  Assistant United States Attorney
   Santa Ana Branch Office
5      United States Courthouse
       411 West Fourth Street, Suite 8000
6      Santa Ana, California 92701
       Telephone: (714) 338-3505
7      Facsimile: (714) 338-3561
       E-mail:   bradley.marrett@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. 8:23-MJ-00399-DUTY

13              Plaintiff,             GOVERNMENT'S NOTICE OF
                                       REQUEST FOR DETENTION
14              v.

15  PETER SZANTO,

16              Defendant.

17

18       Plaintiff, United States of America, by and through its counsel

19  of record, hereby requests detention of defendant and gives notice of

20  the following material factors:

21  ☐  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the

22           following grounds:

23       ☐  a.   present offense committed while defendant was on release

24                pending (felony trial),

25       ☐  b.   defendant is an alien not lawfully admitted for

26                permanent residence; and

27       ☐  c.   defendant may flee; or

28

FILED
CLERK, U.S. DISTRICT COURT
AUG - 8 2023
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

1    ☐   d.   pose a danger to another or the community.

2    ☒   2.   Pretrial Detention Requested (§ 3142(e)) because no

3         condition or combination of conditions will reasonably

4         assure:

5    ☒   a.   the appearance of the defendant as required;

6    ☒   b.   safety of any other person and the community.

7    ☐   3.   Detention Requested Pending Supervised Release/Probation

8         Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

9         § 3143(a)):

10   ☐   a.   defendant cannot establish by clear and convincing

11        evidence that he/she will not pose a danger to any

12        other person or to the community;

13   ☐   b.   defendant cannot establish by clear and convincing

14        evidence that he/she will not flee.

15   ☐   4.   Presumptions Applicable to Pretrial Detention (18 U.S.C.

16        § 3142(e)):

17   ☐   a.   Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

18        (46 U.S.C. App. 1901 et seq.) offense with 10-year or

19        greater maximum penalty (presumption of danger to

20        community and flight risk);

21   ☐   b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

22        2332b(g)(5)(B) with 10-year or greater maximum penalty

23        (presumption of danger to community and flight risk);

24   ☐   c.   offense involving a minor victim under 18 U.S.C.

25        §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

26        2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

27

28

                                    2

1    2260, 2421, 2422, 2423 or 2425 (presumption of danger

2    to community and flight risk);

3  ☐  d.  defendant currently charged with an offense described

4    in paragraph 5a – 5e below, <u>AND</u> defendant was

5    previously convicted of an offense described in

6    paragraph 5a – 5e below (whether Federal or

7    State/local), <u>AND</u> that previous offense was committed

8    while defendant was on release pending trial, <u>AND</u> the

9    current offense was committed within five years of

10    conviction or release from prison on the above-

11    described previous conviction (presumption of danger to

12    community).

13  ☒  5.  Government Is Entitled to Detention Hearing Under § 3142(f)

14    If the Case Involves:

15  ☐  a.  a crime of violence (as defined in 18 U.S.C.

16    § 3156(a)(4)) or Federal crime of terrorism (as defined

17    in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum

18    sentence is 10 years' imprisonment or more;

19  ☐  b.  an offense for which maximum sentence is life

20    imprisonment or death;

21  ☐  c.  Title 21 or MDLEA offense for which maximum sentence is

22    10 years' imprisonment or more;

23  ☐  d.  any felony if defendant has two or more convictions for

24    a crime set forth in a-c above or for an offense under

25    state or local law that would qualify under a, b, or c

26    if federal jurisdiction were present, or a combination

27    or such offenses;

28

3

1

2   ☐   e.   any felony not otherwise a crime of violence that

3   involves a minor victim or the possession or use of a

4   firearm or destructive device (as defined in 18 U.S.C.

5   § 921), or any other dangerous weapon, or involves a

6   failure to register under 18 U.S.C. § 2250;

7   ☒   f.   serious risk defendant will flee;

8   ☐   g.   serious risk defendant will (obstruct or attempt to

9   obstruct justice) or (threaten, injure, or intimidate

10   prospective witness or juror, or attempt to do so).

11   ☐   6.   Government requests continuance of _____ days for detention

12   hearing under § 3142(f) and based upon the following

13   reason(s):

14

15   _____

16   _____

17   _____

18   //   _____

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27

28

1    ☐   7.    Good cause for continuance in excess of three days exists in

2              that:

3

4              _____

5              _____

6              _____

7              _____

8    Dated: August 8, 2023            Respectfully submitted,

9                                     E. MARTIN ESTRADA
                                      United States Attorney
10
                                      MACK E. JENKINS
11                                    Assistant United States Attorney
                                      Chief, Criminal Division
12

13                                         /s/
                                      _____
14                                    BRADLEY E. MARRETT
                                      Assistant United States Attorney
15
                                      Attorneys for Plaintiff
16                                    UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

                                      5

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Southern** Division |
| Plaintiff, | |
| vs. | Case #: 8:23-MJ-00399     **Out of District** |
| | Initial App. Date: 08/08/2023    **Affidavit** |
| **Peter Szanto** | Time: 2:00 PM       Custody |
| | |
| Defendant. | Date Filed: 08/08/2023 |
| | Violation: 18:152, 18:157, 18:1519 |
| | CourtSmart/Reporter: CS 08/08/2023 |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Autumn D. Spaeth** | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:**

| Kristee Hopkins | Bradley Marrett | / None |
|---|---|---|
| ------------------------------- | ------------------------------- | ------------------------------- |
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing, and ☑ removal hearing / Rule 20.

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: Bo Griffith and ☑ DFPD,    ☑ Appointed for today's proceedings only.
☑ Contested detention hearing is held.

☑ Government's request for detention is: **DENIED.**

☑ BAIL FIXED AT $25,000 Unsecured Bond **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS.)**

☑ Defendant executed Waiver of Rights.

☑ Court ORDERS defendant Held to Answer to District of Wyoming
☑ Bond to transfer, if bail is posted. Defendant to report on or before a date determined by the District of Wyoming.
☑ Defendant committed to the custody of the U.S. Marshal

☑ Other: Government's oral request for a 48 hour stay of the release order is GRANTED.

Deputy Clerk Initials: kh

00 : 55

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **Peter Szanto**          Case No.  8:23-MJ-00399

■ Defendant          ☐ Material Witness

Violation of Title and Section:  18:152, 18:157, 18:1519

☐ Summons     ■ Out of District     ☐ **UNDER SEAL**     ☐ Modified Date:

| Check only one of the five numbered boxes below and any appropriate lettered box (unless one bond is to be replaced by another): |
|---|

| | | |
|---|---|---|
| 1. ☐ Personal Recognizance (*Signature Only*) | (c). ☐ Affidavit of Surety With Justification (*Form CR-3*) Signed by: | Release Date: |
| 2. ☒ Unsecured Appearance Bond $ 25,000 | | ☐ Released by: _____ / _____ (*Judge / Clerk's Initials*) |
| 3. ☐ Appearance Bond $ | | ■ Release to U.S. Probation and Pretrial Services ONLY |
| (a). ☐ Cash Deposit (*Amount or %*) (*Form CR-7*) | ☐ With Full Deeding of Property: | ☐ Forthwith Release |
| (b). ☐ Affidavit of Surety Without Justification (*Form CR-4*) Signed by: | | ■ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by: COB 8/11/2023 |
| | 4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*): $ | ☐ Third-Party Custody Affidavit (*Form CR-31*) |
| | 5. ☐ Corporate Surety Bond in the Amount of: $ | ■ Bail Fixed by Court: ADS / kh (*Judge / Clerk's Initials*) |

### PRECONDITIONS TO RELEASE

☐ The government has requested a Nebbia hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a Nebbia hearing under § 3142 (g)(4).

☐ The Nebbia hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

### ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

■ Submit to United States Probation and Pretrial Services supervision as directed by Supervising Agency.

■ Surrender all passports and travel documents to Supervising Agency no later than  COB 8/11/2023 , sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

■ Travel is restricted to  Central Dist of CA, Southern Dist of CA and Wyoming  unless prior permission is granted by Supervising Agency to travel to a specific other location.  Court permission is required for international travel as well as for any domestic travel if the defendant is in a Location Monitoring Program or as otherwise provided for below.

■ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

Defendant's Initials:  _____     Date:  8/2/23

**Case Name:** United States of America v. Peter Szanto          Case No.  8:23-MJ-00399

■ Defendant          ☐ Material Witness

☐ Maintain or actively seek employment unless excused by Supervising Agency for schooling, training, or other reasons approved by Supervising Agency.  Verification to be provided to Supervising Agency.  ☐ Employment to be approved by Supervising Agency.

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ ; ☐ except for _____ .

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may have contact with the following codefendants without your counsel present:

_____

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons.  ☐ Surrender any such item as directed by Supervising Agency by _____ and provide proof to Supervising Agency.  ☐ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

■ Do not use or possess any identification, mail matter, access device (including, but not limited to, credit and debit cards), or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency.

   ☐ In order to determine compliance, you agree  submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not engage in telemarketing.

■ Do not sell, transfer, or give away any asset valued at $ 5,000 _____ or more without notifying and obtaining permission from the Court, except  legal fees _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.  ☐ Submit to alcohol testing.  If directed to do so, participate in outpatient treatment as approved by Supervising Agency.  Testing may include any form of prohibited-substance screening or testing.  You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized marijuana.  ☐ Submit to drug testing.  Testing may include any form of prohibited-substance screening or testing.  You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency.  If directed to do so, participate in outpatient treatment as approved by Supervising Agency.

   ☐ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or any street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☐ Participate in residential substance abuse treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency.  ☐ **Release to Supervising Agency only.**

☐ Participate in mental health treatment, which may include evaluation, counseling, or treatment as directed by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

Defendant's Initials: _____   Date: 8/8/23

**Case Name:** United States of America v. **Peter Szanto**          Case No. **8:23-MJ-00399**

■ Defendant          ☐ Material Witness

☐ Participate in the Location Monitoring Program marked below and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency. You must pay all or part of the costs of the program based upon your ability to pay as determined by the Supervising Agency. You are financially responsible for any lost or damaged equipment.

**1. Location Monitoring Restrictions (Select One)**

☐ **Location Monitoring only - no residential restrictions**

■ **Curfew:** Curfew requires you to remain at home during set time periods. **(Select One)**

  ■ As directed by Supervising Agency; **or**

  ☐ You are restricted to your residence every day from _____ to _____

☐ **Home Detention:** Home detention requires you to remain at home at all times except for employment, education, religious services, medical needs or treatment, attorney visits, court appearances and obligations, essential needs, and _____, all of which must be preapproved by the Supervising Agency.

☐ **Home Incarceration:** Home Incarceration requires you to be at home 24 hours a day except for medical needs or treatment, attorney visits, court appearances or obligations, and _____, all of which must be preapproved by Supervising Agency.

**2. Location Monitoring Technology (Select One)**

■ Location Monitoring technology at the discretion of the Supervising Agency. (If checked, skip to 3)

☐ Location Monitoring **with** an ankle monitor (Select one below)

  ☐ at the discretion of the Supervising Agency **or**

  ☐ Radio Frequency (RF) **or**

  ☐ Global Positioning System (GPS)

**or**

☐ Location Monitoring **without** an ankle monitor (Select one below)

  ☐ at the discretion of the Supervising Agency **or**

  ☐ Virtual/Biometric (smartphone required to participate) **or**

  ☐ Voice Recognition (landline required to participate)

**3. Location Monitoring Release Instructions (Select One)**

■ Release to Supervising Agency only **or** ☐ Enroll in the location monitoring program within 24 hours of release.

☐ You are placed in the third-party custody (*Form CR-31*) of _____

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within _____ days of release from custody.

Defendant's Initials: _~~~_          Date: 8/3/23

**Case Name:** United States of America v. **Peter Szanto**                    Case No.  8:23-MJ-00399

☑ Defendant          ☐ Material Witness

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision.  You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use.  A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☑ All digital devices will be subject to monitoring by Supervising Agency.  You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☑ Do not use or possess more than one virtual currency wallet/account, and that one wallet/account must be used for all virtual currency transactions.  Do not obtain or open a virtual currency wallet/account without prior approval of Supervising Agency.  You must disclose all virtual currency wallets/accounts to Supervising Agency when supervision starts and must make them available to Supervising Agency upon request.  You may use or possess only open public blockchain virtual currencies and are prohibited from using private blockchain virtual currencies unless prior approval is obtained from Supervising Agency. ☑ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, which may be in conjunction with law enforcement.

<u>**Cases Involving a Sex-Offense Allegation**</u>

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision.  You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use.  A digital device is any electronic system or device that can access, view, obtain, store, or transmit visual depictions of sexually explicit conduct involving children. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☐ All digital devices will be subject to monitoring by Supervising Agency.  You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person under the age of 18 except in the presence of the parent or legal guardian of the minor after you have notified the parent or legal guardian of the pending charges or convictions involving a sex offense and only as authorized by Supervising Agency

☐ Do not enter or loiter within 100 feet of schoolyards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, amusement and theme parks, or other places frequented by persons under the age of 18 and only as authorized to do so by Supervising Agency.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica, including but not limited to pictures, photographs, books, writings, drawings, or videos depicting or describing child pornography. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, by Supervising Agency, which may be in conjunction with law enforcement..

Defendant's Initials: _PL_     Date: _8/1/23_

Case Name:  United States of America v. **Peter Szanto**                    Case No.  8:23-MJ-00399

☒ Defendant       ☐ Material Witness

☒ Other conditions:

Do not open any bank accounts without prior permission Pretrial Services.

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform United States Probation and Pretrial Services and my counsel of any change in my contact information, including my residence and telephone number, including cell phone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.  I will inform Supervising Agency of law enforcement contact within 72 hours of being arrested or questioned by a law enforcement officer.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: _____   Date: _____

Case Name: United States of America v. **Peter Szanto**      Case No. 8:23-MJ-00399

☑ Defendant     ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

_8/8/23_        _[signature]_        _949 877 2369_
Date              Signature of Defendant / Material Witness       Telephone Number

_____
City and State (**DO NOT INCLUDE ZIP CODE**)

☐ **Check if interpreter is used**: I have interpreted into the _____ language this entire form
and have been told by the defendant that he or she understands all of it.

_____      _____
Interpreter's Signature                  Date

Approved: _____      _____
        United States District Judge / Magistrate Judge      Date

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: _____ Date: _____

MICHAEL BO GRIFFITH (Bar No.: 315358)
DEPUTY FEDERAL PUBLIC DEFENDER
(E-mail: bo_griffith@fd.org)
411 W. Fourth Street, Suite 7110
Santa Ana, CA 92701
(714) 338-4500



FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2023

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | | **CASE NUMBER:** |
|---|---|---|
| | Plaintiff, | 8:23-mj-399-DUTY |
| v. | | |
| PETER SZANTO | | **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** |
| | Defendant. | |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

### IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

### IF YOU ARE CHARGED WITH A VIOLATION OF
### YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

---

CR-10 (06/18)  **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS**  PAGE 1 OF 2

*continued on Page 2*

**IF YOU ARE CHARGED IN ANOTHER DISTRICT**

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

**IF YOU ARE APPEARING FOR ARRAIGNMENT**

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

---

**ACKNOWLEDGMENT OF DEFENDANT:**

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: _____8/8/23_____          _____
                                    *Signature of Defendant*

*[or]*

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____          _____
                                            *Signature of Defendant*

---

**STATEMENT OF THE INTERPRETER:**

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____          _____
                                            *Signature of Interpreter*

                                         _____
                                            *Print Name of Interpreter*

---

**STATEMENT OF COUNSEL:**

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: _____          _____
                                            *Signature of Attorney*

| CR-10 (06/18) | **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** | PAGE 2 OF 2 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| FILED<br>CLERK, U.S. DISTRICT COURT<br>AUG - 8 2023<br>CENTRAL DISTRICT OF CALIFORNIA<br>DEPUTY | 8:23-mj-00399-DUTY |
| v.<br>PETER SZANTO | |
| DEFENDANT. | **WAIVER OF RIGHTS**<br>**(OUT OF DISTRICT CASES)** |

I understand that charges are pending in the _____ District of _Wyoming_____

alleging violation of __18:152, 18:157, 18:1519_____ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*

taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;

    (2)    arrival of process;

*-Check one only-*

☒    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to
determine whether there is probable cause to believe an offense has been committed by me, the
hearing to be held in this district or the district of prosecution; and

    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
there is probable cause to believe I have violated the terms of my probation/supervised release.

### I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:

☒    have an identity hearing

☒    arrival of process

☐    have a preliminary hearing

☐    have an identity hearing, and I have been informed that I have no right to a preliminary hearing

☐    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting
district.

_____
Defendant

_____
Defense Counsel

Date: _8/8/2024_____

_____
United States Magistrate Judge

**AUTUMN D. SPAETH**

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter(if required)

M-14 (09/09)        **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)**

Wyoming

FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 8:23-mj-394 Duty |
| v. | |
| Peter Santo | **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |
| DEFENDANT. | |

I, _____ Peter Santo _____, declare that

*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of August, 20 23
at Santa Ana CA
*(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____

_____
*Interpreter*