TRACY RACICOT HUCKE, Wyoming Bar No. 7-4880
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781
Tracy.Hucke@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PETER SZANTO,<br><br>　　　　　　Defendant. | Case No. 23-CR-95-SWS |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

　　Undersigned counsel requests an Order withdrawing the Federal Public Defender and undersigned counsel from further representation of Mr. Szanto. Undersigned counsel maintains that good cause exists for withdrawal in the present case. The Federal Public Defender was assigned in the U.S. District Court, Central District of California for the limited purpose of representation at Defendant's arraignment and detention proceedings only. (ECF No. 5.) The Federal Public Defender in the District of Wyoming had not been officially appointed by the Court and therefore undersigned counsel's entry of appearance was filed in error.

　　WHEREFORE, undersigned counsel respectfully requests that this Court issue an Order to withdraw the Federal Public Defender.

DATED this 25th day of August 2023.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        */s/ Tracy Racicot Hucke*
        Tracy Racicot Hucke
        Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023 the foregoing was electronically filed and consequently served on counsel of record.

        */s/ Tracy Racicot Hucke*
        Tracy Racicot Hucke