FILED




Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.

PETER SZANTO

Defendant.

Case Number: 23-cr-95-SWS

Date 8/24/2023 Time 10:09 - 10:46 AM Before the Honorable Kelly H. Rankin

☐ Indictment ☐ Information ☐ Complaint ☑ Arraignment ☐ Rule 5

☑ Initial Appearance ☐ Detention Hearing ☐ Preliminary Hearing ☐ Removal Hearing

☐ Other ____________________

Offense: False Statement in a Bankruptcy Proceeding (1)
Bankruptcy Fraud Scheme (2)
Falsification of Records in a Bankruptcy (3)

| MiYon Bowden | Jan Davis | Brett Bohlender |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Margaret Vierbuchen | N/A | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared ☑ Voluntarily ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing Tracy Hucke

☑ FPD ☐ PANEL-CJA ☐ RETAINED ☐ WAIVED

**Initial appearance** Date 8/24/2023

(Comments) Defendant advised of his rights and charges.

☐ Defendant committed to custody of U.S. Marshal

☐ Preliminary hearing waived

☐ Preliminary / Final revocation hearing waived

☐ Removal hearing waived

☐ Arraignment set for:

Date ______ Time ______ Judge ______

☐ Preliminary hearing set for: Date ______ Time ______

Judge ______ in

☐ Revocation hearing set for: Date ______ Time ______

Judge ______ in

☐ Detention hearing set for:

Date ______ Time ______ Judge ______

☐ Removal hearing set for:

Date ______ Time ______ Judge ______

☐ Court orders defendant held to answer to U.S. District Court, District of ______

☑ Other Court finds that the defendant does not qualify for court-appointed counsel in this matter here in the District of Wyoming. Defendant is instructed to send his response to the government's motion to show cause with a post-marked date no later than 9/1/2023. Arraignment will be continued for 9/7/2023 at 10:00 AM to allow the defendant time to retain his own attorney. Court will continue the terms and conditions of release ordered by the Central District of California.

**Arraignment**

- ☐ Defendant waives indictment
- ☐ Defendant waives reading of indictment
- ☐ Information filed by Government
- ☐ Superseding indictment/information filed by Government
- ☐ Indictment
- ☐ Complaint

**Defendant enters a plea of**

☐ Not guilty to count(s)
______________ of an ______________________________________________

☐ Guilty to count(s)
______________ of an ______________________________________________

**Not Guilty Plea**

- ☐ Court orders discovery per rule 16 FRCrP
- ☐ Photocopy of discovery is permissible
- ☐ Court orders access to Grand Jury Transcripts

Motions to be filed ☐ Days ☐ On or Before ☐ Discovery

☐ Trial date set for at Before Honorable
in

☐ Speedy trial expires on

☐ Other