

**FILED**

*11:51 am, 9/21/23*

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Criminal No.  23-CR-95-SWS |
| PETER SZANTO | |
| Defendants. | |

### ORDER GRANTING EMERGENCY REQUEST TO CONTINUE ARRAIGNMENT

**THIS MATTER** having come before the Court on Defendant's *Emergency Request for Continuance of Hearing* (Doc. 32) and the Court having considered the motion, and being otherwise fully advised in the premises hereby finds that the motion is well taken and GRANTS the same.

IT IS THEREFORE ORDERED that the *Emergency Request for Continuance of Hearing* filed by Defendant is GRANTED.

IT <u>IS FUR</u>THER ORDERED that the Arraignment set for September 26, 2023, at 10:00 a.m. is hereby VACATED and RESET for October 10, 2023, at 2:00 p.m. MST via Zoom.

Dated this 21st day of September, 2023.

_____
KELLY H. RANKIN
CHIEF UNITED STATES MAGISTRATE JUDGE