# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

7:38 pm, 10/10/23

**Margaret Botkins
Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff

vs.

PETER SZANTO

Defendant.

Case Number:   23-cr-95-SWS

Date 10/10/2023   Time 2:10 - 2:34 PM      Before the Honorable   Kelly H. Rankin

☐ Indictment   ☐ Information   ☐ Complaint   ☑ Arraignment   ☐ Rule 5

☐ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☑ Other   Status of Legal Representation

Offense: False Statement in a Bankruptcy Proceeding (1)
Bankruptcy Fraud Scheme (2)
Falsification of Records in a Bankruptcy (3)

| MiYon Bowden | Jan Davis | N/A |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Margaret Vierbuchen | N/A | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☑ Voluntarily   ☐ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing _____

☐ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

(Comments) Defendant verbally consented to appearing via video for this hearing.

WY53

Rev. 07/18/2023

MAGISTRATE CRIMINAL PROCEEDING SHEET

☐ Defendant committed to custody of U.S. Marshal

☐ Preliminary hearing waived

☐ Preliminary / Final revocation hearing waived

☐ Removal hearing waived

☑ Arraignment set for:

Date 10/13/2023     Time 2:00 PM     Judge Kelly H. Rankin

☐ Preliminary hearing set for:  Date _____  Time _____

Judge _____ in

☐ Revocation hearing set for:  Date _____  Time _____

Judge _____ in

☐ Detention hearing set for:

Date _____  Time _____  Judge _____

☐ Removal hearing set for:

Date _____  Time _____  Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____

☑ Other  After Defendant informed the Court that he has not yet obtained an attorney, the Court appointed counsel and will continue the arraignment to 10/13/23.