TRACY RACICOT HUCKE, Wyoming Bar No. 7-4880
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781
Tracy.Hucke@fd.org

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-95-SWS |
| PETER SZANTO, | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Undersigned counsel requests an Order withdrawing the Federal Public Defender and undersigned counsel from further representation of Mr. Szanto and for the appointment of a member of the Criminal Justice Act Panel to represent Mr. Szanto. Wyoming Rule of Professional Conduct 1.16 authorizes withdrawal for good cause. Undersigned counsel maintains that good cause exists for withdrawal in the present case.

Wyoming Rule of Professional Conduct 1.6 prevents disclosure of client confidential information.

Based on information discovered on October 12, 2023, related to the representation of Mr. Szanto, undersigned counsel believes that continued

representation of Mr. Szanto is not viable. Counsel is restricted to release any more information. *See* Wyo. RPC 1.6.

Undersigned counsel will mail Mr. Szanto a copy of the motion. Because Mr. Szanto previously has been declared indigent, undersigned counsel respectfully requests that a member of the Criminal Justice Act Panel be appointed to represent Mr. Szanto.

WHEREFORE, undersigned counsel respectfully requests that this Court issue an Order to withdraw the Federal Public Defender and undersigned counsel from further representation of Mr. Szanto and to appoint a member of the Criminal Justice Act Panel to represent Mr. Szanto.

**DATED** this 13th day October 2023.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ Tracy Racicot Hucke*
Tracy Racicot Hucke
Assistant Federal Public Defender

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2023 the foregoing was electronically filed and consequently served on counsel of record.

*/s/ Tracy Racicot Hucke*
Tracy Racicot Hucke