# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

2:38 pm, 10/13/23

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| vs. | Case Number:   23-cr-95-SWS |
| PETER SZANTO | |
| Defendant. | |

Date 10/13/2023   Time 2:00 - 2:20 PM      Before the Honorable   Kelly H. Rankin

☐ Indictment   ☐ Information   ☐ Complaint   ☑ Arraignment   ☐ Rule 5

☑ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense:
False Statement in a Bankruptcy Proceeding (1)
Bankruptcy Fraud Scheme (2)
Falsification of Records in a Bankruptcy (3)

| MiYon Bowden | Melanie Sonntag | N/A |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Eric J. Heimann | N/A | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing   Tracy Hucke
☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial appearance**   Date _____

(Comments) _____

MAGISTRATE CRIMINAL PROCEEDING SHEET

☐ Defendant committed to custody of U.S. Marshal

☐ Preliminary hearing waived

☐ Preliminary / Final revocation hearing waived

☐ Removal hearing waived

☑ Arraignment set for:

Date 10/19/2023     Time 2:30 PM     Judge Kelly H. Rankin

☐ Preliminary hearing set for:   Date _____   Time _____

Judge _____ in

☐ Revocation hearing set for:   Date _____   Time _____

Judge _____ in

☐ Detention hearing set for:

Date _____   Time _____   Judge _____

☐ Removal hearing set for:

Date _____   Time _____   Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____

☑ Other   Arraignment will be continued for a final time to 10/19/23 at 2:30 PM, due to further issues with defendant's legal representation.  Court grants the Federal Public Defender's motion to withdraw and a member of the CJA panel will be appointed.

MAGISTRATE CRIMINAL PROCEEDING SHEET

**Arraignment**

- ☐ Defendant waives indictment
- ☐ Defendant waives reading of indictment
- ☐ Information filed by Government
- ☐ Superseding indictment/information filed by Government
- ☐ Indictment
- ☐ Complaint

**Defendant enters a plea of**

- ☐ Not guilty to count(s) _____ of an _____
- ☐ Guilty to count(s) _____ of an _____

**Not Guilty Plea**

- ☐ Court orders discovery per rule 16 FRCrP
- ☐ Photocopy of discovery is permissible
- ☐ Court orders access to Grand Jury Transcripts

Motions to be filed   ☐ Days   ☐ On or Before   ☐ Discovery

- ☐ Trial date set for _____ at _____ Before Honorable _____ in _____
- ☐ Speedy trial expires on
- ☐ Other