

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

11/14/22

Special Agent Amanda Fritz
Federal Bureau of Investigation
1109 Airport Parkway
Cheyenne, WY 82001

> **Re: 2703(d) Order or Equivalent dated October 06, 2022 (Google Ref. No. 25112361)**
> *22-SM-163-R*

Dear Special Agent Fritz:

Pursuant to the 2703(d) Order or Equivalent issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *P*REDACTED *@GMAIL.COM*, *S*REDACTED*@GMAIL.COM, M*REDACTED *@GMAIL.COM*, as specified in the 2703(d) Order or Equivalent. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

To the extent that you have requested data related to the Google Chat service, and the target account participated in a Chat Room owned and controlled by a Google Workspace customer, included in the production is information sufficient to identify (a) the Workspace customer domain that owns and controls the Chat Room and records associated with the same; (b) the Workspace-owned Chat Room in which the target account participated; and (c) the date the target account joined the Workspace-owned Chat Room. [1]

---

[1]  See the UserInfo.zip file, where [obfuscated_customer_id] indicates if a Chat Room is owned and controlled by a Workspace customer, and the domain of the [inviter_user] identifies the Workspace customer. If you wish to obtain Chat records associated

USA v. Peter Szanto-000607



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

     To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), the production will include the target's Google Pay Customer Information, Billing information, and Transactions for Payments made to Google, if requested in your legal process. If you wish to obtain stored value accounts and events, or additional Sensitive Personally Identifiable Information (SPII) that Google may store, please email uslawenforcement@google.com with (a) the Google Reference Number, (b) the target account(s) for which additional records are requested, (c) the specific additional data points you are requesting, and (d) the language in the legal process that you believe entitles you to such records. We will review your request promptly and provide you with any responsive information.

     For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

     Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

     Regards,

     Logan Bunn
     Google Legal Investigations Support

---

with the target account that are owned and controlled by the Workspace customer, please use the information provided in this production to either request that information directly from the Workspace customer, *see Seeking Enterprise Customer Data Held by Cloud Service Providers*, U.S. Dep't of Justice (Dec. 2017), https://www.justice.gov/criminal-ccips/file/1017511/download, or to obtain appropriate legal process that identifies the Workspace-owned Chat Room and the Workspace customer domain for those records.



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) P REDACTED @GMAIL.COM, S REDACTED @GMAIL.COM, M REDACTED @GMAIL.COM, with Google Ref. No. 25112361 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Logan Bunn_____                    Date: 11/14/22
(Signature of Records Custodian)


     Logan Bunn
(Name of Records Custodian)

USA v. Peter Szanto-000609



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 25112361)**

m REDACTED @gmail.com.714418145129.AccessLogActivity.Activity_001.001.zip:

MD5- 38162bb7e4017b90032f13b518e07dca
SHA512-
19313c3537d71ab4646cdbb1e6493df605791588e189a9fb827ae02c79dd2efd0a1669573090d95e
84c25570ed0b060d4919aa095f0ce3595712cf2c3f5c3186

m REDACTED @gmail.com.714418145129.AccessLogActivity.Activity_001.Preserved.zip:

MD5- 6ebaab84aeeb5270667e25b223fc5e23
SHA512-
0a75b130e5a4300720d1570a7e90bb81e50e3f1a879c5acfad61c8c43a17629f4b065557f812c5dbd
cd98a52d514253bd0d327303e9bf38a25bcd6b2904e6b7e

m REDACTED @gmail.com.714418145129.GoogleAccount.SubscriberInfo_001.zip:

MD5- babae914c1d47b6ec174dad90e8681fa
SHA512-
c40371551eaac397c3fd667562cf812fd4afd2d8884c1d7f0614914a134cda923e951e5ac779e5ba83
242f1167082ae3dd2f528f8228905cf6e64621e23c882b

m REDACTED @gmail.com.714418145129.GoogleChat.GroupInfo_001.001.zip:

MD5- 7a75c8d8b024e1f4f7198abfef86eda6
SHA512-
62e530739f34d7a812588e9492370dd1821a282c6e59df753cf61543e83b5a11df177546706493535
b3d5ee5eea77e7090924ff17c4e5ae6eda1972293ce4d18

m REDACTED @gmail.com.714418145129.GoogleChat.GroupInfo_001.Preserved.zip:

MD5- 5bf80a07169f7afc0509e94d452cfcbf
SHA512-
6724eb2b95c043e5bbb610613724d29ce3d6fd4df7fde04710f0867e2754e183264388c1fa3844eda
4a9823456061fc05c910c55d838f859e40c2f9199c17476

m REDACTED @gmail.com.714418145129.GoogleChat.GroupTasks_001.001.zip:

USA v. Peter Szanto-000610



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- 6316aa50a4ce41f35011e4ee20538365
SHA512-
bb69449bbd28bba238ad9e1008788fa4be9bfe68abff656d4f5af92bcfbf032176a48736260ba6eff76
be7d0911162dad4d32eb592f5802c315d89a464e3ff5f

m<span style="background:red;color:white">REDACTED</span> @gmail.com.714418145129.GoogleChat.GroupTasks_001.Preserved.zip:

MD5- 5430c15c7d5f4a42c6490dc9fb20047b
SHA512-
264252acb081c8c98f9256d1085a41b5196d97f8b7b80efac2df69fd06c772fe7b1d51db3680d8f30e
f88716a2d64dee7126011fc5224a358dac7467340c4b1e

m<span style="background:red;color:white">REDACTED</span>@gmail.com.714418145129.GoogleChat.Messages_001.001.zip:

MD5- 5d7d81a5ea9a259a9a3dc10302427f17
SHA512-
b059bf64f7ed8773edf9a0d232babe961f0e8fcdad226778265e38ed0157a2be8d7667412215a4332f
96e7d6eca00b401259346975f47a137fb6177ef510c96e

m<span style="background:red;color:white">REDACTED</span>@gmail.com.714418145129.GoogleChat.Messages_001.Preserved.zip:

MD5- a75a8db7805ae61bf2ee13d120329354
SHA512-
75038561c76bab1f013b3e984b7fa0d5e1d5c5ce9786a5788cb77934e018ef03cebcf644bc2f2078fd
2018717b09cb00a32b5db154e15b750fcddbadedc50a6b

m<span style="background:red;color:white">REDACTED</span>@gmail.com.714418145129.GoogleChat.UserInfo_001.zip:

MD5- aab8a34eadd3e183e66a9b76ec33f46f
SHA512-
366f7d636b5c0cdaec07d685df21043650a25f898aa73cdd95db9fda398579de4da70a02845c5a586
19faa48cd23d4f64845c37849e1235e2270886ededb5e65

m<span style="background:red;color:white">REDACTED</span> @gmail.com.714418145129.Hangouts.Metadata_001.zip:

MD5- 746bf1c8f6b02885b3d6541d2efc89e7
SHA512-
246f00b2a3466f05a806d13c8ac7e53a1e7827e7671b6ce86553411d5514a2b7e8ed20f95de7bdf60
c54a6f210e225e86dd2d4932b0eea3c82d998fcea8fc554



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

m REDACTED @gmail.com.714418145129.Mail.MessageContent_001.001.zip:

MD5- 3e29bb08d96ae5a8f9518dcc5e45464f
SHA512-
71c981a82813bbf2adafb17374fa6072ed7d834e491fa0b6208f27478829011397c7a910941c824e8
e4791bce348941d84b5c1097002fd02a3d974de8c8cfca4

m REDACTED @gmail.com.714418145129.Mail.MessageContent_001.Preserved.zip:

MD5- 2012678c0c7f4a804be246e2a75692d8
SHA512-
41cff31ea72a678e37a2745ee25e5ea62e0b1b0d5ed6ac8e67f5cc2351d01eed7da13f4a3fdb8c2774e
e10ccb341d1fd2d74e70114baf8d246ddf2edb3315de6

m REDACTED @gmail.com.714418145129.Mail.MessageInformation_001.001.zip:

MD5- 2e4f628f698cba608717e5203cd18bd5
SHA512-
365b9c82973d80a40101ad003e69e1853a22d69583b8a96b715d6f72a743a4fb6c290276e8eb2e8b
1b6327863c0ee55b441f2e14dc5cb3ad6f3edd42f411cde6

m REDACTED @gmail.com.714418145129.Mail.MessageInformation_001.Preserved.zip:

MD5- d1c699a3316dd3808c2d8a89743b51fa
SHA512-
0d76a057e9bcd6c5ef912557c4b144f02ac4c7aa42a43c4e7f3c811a8226e5a7156eda7a7dfbeaec34
b5646b66a36e12b938ca2888ea38d3cd62a20368d2e89d

m REDACTED @gmail.com.714418145129.Preserved_001.GoogleAccount.SubscriberInfo_001
.zip:

MD5- e69a7d0456419f774b52af60f6721d32
SHA512-
f74ae79b095f2720f13f241f85debf53e5cb1af04e093571318ff9526ed37dbcf628cbba739ff90d563
ddf373f16cc03f2175b7bc84444488f9fb968eb720326

m REDACTED @gmail.com.714418145129.Preserved_001.GoogleChat.UserInfo_001.zip:

MD5- 75c16f5a345c409cc2826f2524afdcae



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

SHA512-
5e70fb97f43dc31eb7203ba4a17951f41ef8e3dd07d588fb542300ff09974d8a3fc2b5877892d33a3c
c4e966a66d02d6dfb9921442ffc410ec8f2fe9b9d7333b

p REDACTED @gmail.com.273215486805.AccessLogActivity.Activity_001.001.zip:

MD5- 18b170bddac6ed19bf92ec1b6eb51df0
SHA512-
c0d7434882540e53e92b6a9f6d2c6b00152681a7f6f42a19ebd7355e829edb80aaa9c03f7558f8542
1f871396239c09e86c6b798d0491e44e0702ab99b75c743

p REDACTED @gmail.com.273215486805.AccessLogActivity.Activity_001.Preserved.zip:

MD5- b325052d2a91fffc2c37f94ef3a0a38b
SHA512-
fe5680c52fe5e9778387e050acf80dfebe11d62f89098901abf64c55ebb9c51a2034e78303c236a38d
49db0e63eabbb814bba3b8875b008faf003d253875d6e2

p REDACTED @gmail.com.273215486805.GoogleAccount.SubscriberInfo_001.zip:

MD5- 043420839a9cf8abbf015bee404fc32b
SHA512-
ef9253d798033054054893ff4ef3062099014513a0353d7a3974840977231b18f5d28e0a24e450457
137e3e97deac9fca8d9be27191e23fc97c7828ea5634d44

p REDACTED @gmail.com.273215486805.GoogleChat.GroupInfo_001.001.zip:

MD5- c46fc266c209fbca2fb91af8cb5ee9a0
SHA512-
84edc1b256d5585a08b67a70c1179bbb2fa7db8c27f3b0079b66f4de3a58b540d9881bce7cf70a138
12418c3a054c7a78ac0c0329dc0c4df95c36616161d3a7f

p REDACTED @gmail.com.273215486805.GoogleChat.GroupInfo_001.Preserved.zip:

MD5- 74f1a781361f961b2cd3ac5f3d9cefb8
SHA512-
a48e71d78241fe106013cd2757250423b602f9afc92218813535d031889b37f282fd537d5d4f708bc
fd6b1b98c67004872b12c2f0162fb6b42cc082154eb7e6d

p REDACTED @gmail.com.273215486805.GoogleChat.GroupTasks_001.001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- e3489938a321149da671c7d74cb70ae6
SHA512-
ba52d1e6a828f8d0d725454378208250886cd281bd84c541b9325de4fc9c861488e76b5a4defc261a
240c5ff01d0d96e0cda3ae4e53f001248651df99055f3fd

p REDACTED @gmail.com.273215486805.GoogleChat.GroupTasks_001.Preserved.zip:

MD5- eba6136793afad30ebb51f03b7ff8802
SHA512-
bd418001acdebcf4bcc09ea513891fd04a52687f7721d59b2736f9d365a10f3b199b6c98524f0cbc60
cd4143e37c7d4dd750d7c00e6cf8386d074bf901f97afa

p REDACTED @gmail.com.273215486805.GoogleChat.Messages_001.001.zip:

MD5- 6a5c6e695fe8b01cfb3e1a7ca49c843c
SHA512-
03ab6e71190668a6dfc279faa4d6ba084bc099822950d0eb34be101c7c82451340db4fdfc15f9db81
e6cf62ea3e64cbe27ae443701a52b7703e645e0b00aa269

p REDACTED @gmail.com.273215486805.GoogleChat.Messages_001.Preserved.zip:

MD5- cd0353eedc6b07161930af8ae080f1c3
SHA512-
f09574c59b574b75718e71fa461f286eb6f0e5a951040c231ad6170df6a1d215e8e96fabf713b8dbb6
64f551fbb0ac8e8a7935928109cebba971f3e4ef40400f

p REDACTED @gmail.com.273215486805.GoogleChat.UserInfo_001.zip:

MD5- aa06586139eae901a027735946443509
SHA512-
34b16d0836b671d138b134b7c44ec4e4c21433634cb2f0634f8b6f3d2e6f956212e6de316af0544e3
1ddab1504a6c7cf77e5be7267f792e73f9fab625a9d4c11

p REDACTED @gmail.com.273215486805.Hangouts.Metadata_001.zip:

MD5- 68c60dbfc42784efedec24aeb3887472
SHA512-
983eac94cfd9154611049e31bb6b05c9ba0a264ddeee6d085253700c94dd318c70c9249af0f67ac7af
db97ecc5d658c830f4bb8826058e4679072d058e05dbc2



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

pREDACTED@gmail.com.273215486805.Mail.MessageContent_001.001.zip:

MD5- 373ad2ff2af0515a8ab9a9fd6c437e44
SHA512-
6f75658ff1b1cc9dc10ea7740fba8dc0b80db1562e204a24af481ec4a4963c96dd133d07342e64294
4154b50aac1a948021e103f0cd23951de26020c95035977

pREDACTED@gmail.com.273215486805.Mail.MessageContent_001.Preserved.zip:

MD5- 2141de7f18b638638667428d4cd7da0a
SHA512-
028aec140ac82b2a02797311d309385bd2d2e8721dd5819e1430862c36df7287360b9822516bd755
00bbc018c0e1d3fac7d02acf933f0569d827ef87d491b9fd

pREDACTED@gmail.com.273215486805.Mail.MessageInformation_001.001.zip:

MD5- 07bf612da948edf7ebd72d88d0d88e38
SHA512-
97fe5731380ee99202f317fb74c8dcbb92b57a5e7de62cc25f41aef1d57e6e20718aae49122669f8af
d281b1fa1f268c81f25ad04add2952fa600d55a235ede3

pREDACTED@gmail.com.273215486805.Mail.MessageInformation_001.Preserved.zip:

MD5- 20838cd92c05f1b091da983d4ffae800
SHA512-
46cd0a7fd84f8f2df46350776e88f7999cebc0e1489f5fe86b4bc847d978f4957c86638d2f53d34ce0
6e4fed99962fd04fb8cd1319844fb9c2d343a265624ee4

pREDACTED@gmail.com.273215486805.Preserved_001.GoogleAccount.SubscriberInfo_001.zi
p:

MD5- 0f13dd52670db155047c92c229901727
SHA512-
8302e965c2556b89412977e3fc2c173228f245d4d2c9bbb7dc6a09255b36893748a4d681961902c4
282505419424aaf5a083157913b02d5d98ed846f65ea6675

pREDACTED@gmail.com.273215486805.Preserved_001.GoogleChat.UserInfo_001.zip:

MD5- f1bb6bcc18513414304dd09b8deb2d84



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

SHA512-
f93378edb3671841cf566b63018ffb6d3899ca366f809260046fd127178c5ef7874dbb2a5abcf1fb61
b37252dc13c21b59553a848ad3d2d138401f9b6e0c4a4a

s REDACTED @gmail.com.163704354629.AccessLogActivity.Activity_001.001.zip:

MD5- a596d1a82734faf8beb0637202d47757
SHA512-
256fae22273a33dfd8a30418907344c2a35e140be536de0674dfbc8c36d56d77ca02a8ed49cb288d9
0860e3e0507000da563a1825294fdfebfab26cfc3857462

s REDACTED @gmail.com.163704354629.AccessLogActivity.Activity_001.Preserved.zip:

MD5- 10dc0f012a33d04d55b70fc37a9cc919
SHA512-
7b583a8613206ba00fa7172ec1d5cd648ef0ad3fe76a364d933b94502aac56726d64859a1c7c61851
d5b26867e4fdfa9c4d5d41f7aa084c8fdf3d66ae56a56e7

s REDACTED @gmail.com.163704354629.GoogleAccount.SubscriberInfo_001.zip:

MD5- c9ec83eb75c72f871bae74bd690dd516
SHA512-
e49e18181c907ff5d9ed3affec8a1045a4f67fdab78ecb7ddc2f46903c5325975c194303e351ac4f7eb
6a915b835321feede39116a9719cdb82e13cd0137bc7f

s REDACTED @gmail.com.163704354629.GoogleChat.GroupInfo_001.001.zip:

MD5- 210079a1ccce24d2349771090c869668
SHA512-
98197861b5d3c10fc9f3363b91bad266ca6e637b37c3546297a5a07c26170c4ad6e4149e9c60b9b7
74237b92c62e753a6446bed9c0d5f7b31837b9311a7af432

s REDACTED @gmail.com.163704354629.GoogleChat.GroupInfo_001.Preserved.zip:

MD5- f053e4507399aefa23533f2e53e15f2a
SHA512-
28bfe043d239f92751f52ed7b32e6fe94f9d336086039b9c9ed6f29ab0b622e32af811a4901292d2b1
c559fc260ab87fcf78dba9dbbb1614566cc9d76ec62187

s REDACTED @gmail.com.163704354629.GoogleChat.GroupTasks_001.001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- ca0991dae6f5d46ce1dd1c72f1710292
SHA512-
7a69eed0fb7b7d3cf6309f31fa1d11a5b6a417ef9673d525899add01218cb75c57ded7b8f74a97c16c
697ad414bdaf5c4472199d58eba95fc6c922c8179eafb9

**REDACTED**@gmail.com.163704354629.GoogleChat.GroupTasks_001.Preserved.zip:

MD5- 7893a3f140b09991e81ac1f083fc2853
SHA512-
36483a1cb30ff5fffbee08ecfd47974c1d3c8dbbc95ffd7052f31116a0be6062703dd0591917ac176ad
24922c2ce614f394596355822cf6c004f6f4f86f21c78

**REDACTED**@gmail.com.163704354629.GoogleChat.Messages_001.001.zip:

MD5- d03dcfc0fe21fbc41d982ae44fe6a701
SHA512-
18058b0852db89a375d96e50477e7163f02139f486d751fe96ef4b40256424a15c43a0362e9b14e9b
9a862f6ce9722b4e32e064a1f143c0d005f8c21068e4e29

**REDACTED**@gmail.com.163704354629.GoogleChat.Messages_001.Preserved.zip:

MD5- 9546d23b862a655d96b8aad3ef9bb646
SHA512-
30be5c6dc1c781544fc7c848f7533778ba665cdf5de3aceba5320233fffc4d14fa7e01b6c854e1b9ac6
4df240fcb0a2f870961954583fbbc802ad73cecba6b6f

**REDACTED**@gmail.com.163704354629.GoogleChat.UserInfo_001.zip:

MD5- bfe4a0c739033e203363dd1788d119ff
SHA512-
9a9c443213492427f5c5a7cd0f8fff7bddc8ce968e13d7bf78048837acca246f25f7c75e214a508ec5e
84e6437042598dd311f5d8a720f803d9286c0aae78318

**REDACTED**@gmail.com.163704354629.Hangouts.Metadata_001.zip:

MD5- 715b607b8b8705f0f284ed13e5c58377
SHA512-
3ad3e23ed63b088bf3f5f413724f38779564a5ece25e218aaa3c284c094a6cb6e8ab8085fea6baaf44
6feac995a3726988361e13b98fc5a3c21d0c89314def33



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

s<span style="background:red">REDACTED</span>@gmail.com.163704354629.Mail.MessageContent_001.zip:

MD5- fcb3419e23164f68733c7fda27174106
SHA512-
85686289806a07ae24c4d2ed80775f020a8f0a6c0b7eb9c9f5cfd9ad83dbc6e610accd90a206df877c
937a3bb11a0251d45446c78907152b43dcfe1039ec865d

s<span style="background:red">REDACTED</span>@gmail.com.163704354629.Mail.MessageInformation_001.zip:

MD5- e4da3d8b16b8ec98561fcf2d221d24e8
SHA512-
ee152122721cfb2077c8c01dfe542469f7b706bc143ed7e438508b63082826a1aa964143d323e5bc5
fab7900350a2ebb5f254d556083996de12572a834cd86a0

s<span style="background:red">REDACTED</span>@gmail.com.163704354629.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 7437e621f365b51ae4ed2eaf7b656548
SHA512-
436fbdd333dc0aaefd6dfcbf40e6caf18a9cde1211847077ddab6f434618ca52d2f304fef4b2cb35965
46b6e4f2cab41a1029c37d73e2dc3c05603385d9de157

s<span style="background:red">REDACTED</span>@gmail.com.163704354629.Preserved_001.GoogleChat.UserInfo_001.zip:

MD5- 1a490a5e8913b3cd7d51bb15f159acdb
SHA512-
5c8b6a528edf50c1a5eb3cef147c6683c0fa75d5ec75345b4e07ffdd082ba0bde445272660d70ada1b
766e3ecb2dc93163a96b485edfae554fb6e2762481ee0d

s<span style="background:red">REDACTED</span>@gmail.com.163704354629.Preserved_001.Mail.MessageContent_001.zip:

MD5- de2d3340c3ac07c7df1c0ec102c5db63
SHA512-
e71d9ba9eb524e96ecf4b5a53455df4355e3717601ee38cdf823b67f56a2cb4441bd0990b9a5afc609
cb62a1e5893a9aad5bcf19c2d12b30b6d6689238f4796e

s<span style="background:red">REDACTED</span>@gmail.com.163704354629.Preserved_001.Mail.MessageInformation_001.zip:

MD5- b31cb62cd500089c441b34b67bb6b5a5
SHA512-

USA v. Peter Szanto-000618



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

e60154fd112fb4b816c8f61497a769528610ea47aa50aa50923c5c49b26193d1e01259307b97e0653
a6f36f7ea69c65f258df61b32dc92f05fd642a01d5364ae

s<span>REDACTED</span>@gmail.com.213403855824.GooglePay.BillingInformation_001.zip:

MD5- d88e0b7bbe4aafb48cf2435d19a90e1a
SHA512-
9c4cea683748641eb36509bb442816c24c86dcb0dd706fc186b81e2e8f019c9c94888065f0819a1a6
16ede5238594357474e92b0063556c8fe0915d6bcb582ca

s<span>REDACTED</span>@gmail.com.213403855824.GooglePay.CustomerInformation_001.zip:

MD5- ecf2f200fcbe5d3e146698a8beda014f
SHA512-
b807d9ea1d1da2954da7d029a4239ed1f793c02aaeada25620d247ab0efe58254510e9eb26653fb9a
f7f61aa5fed2b81e20ae7825e8af7a7f888b22c1e46fa20

s<span>REDACTED</span>@gmail.com.213403855824.Preserved_001.GooglePay.BillingInformation_001.zip:

MD5- f84f85d59399bd4b691a89076166477a
SHA512-
359bbd122c54e0e4e42e55a787da3b05578cedd39f9cbfdff30fbd56f3ba6a06cc968463f5bcb6b2ec
30417207f94101d776ae6aede450fcb47af9af950dd816

s<span>REDACTED</span>@gmail.com.213403855824.Preserved_001.GooglePay.CustomerInformation_001.zip:

MD5- 05f2e039795f9522f84a25f894147078
SHA512-
e0a27e58c3265d9aaf5b625a53a793753718acae6c169afe6d4b99a7e3207089a046dad52fe41c8d6
6d267b3dbdad6f3cca7fea5d6f6523d13926b26a61fe57f