**Health Claims by Peter Szanto**

| Date of Claim | Szanto Statement/Action | Source |
|---|---|---|
| 7/29/2013 | At 341 hearing, under penalty of perjury, Szanto claim his wife broke her leg and was in a coma, but is now recuperating at the Newport Beach Property (though he lives in Nevada) | 13bk51261 (D. Nev.)  341 Hr'g Tr. |
| 10/1/2013 | "Debtor's financial troubles were caused by a series of unfortunate events which included. . . a lengthy period of inability to work due to acute diabetic and kidney disease related physical debilitation as well as various other difficulties." | 13-bk-51261 (D. Nev), Doc. 65 at 2 |
| 4/24/2014 | In a request to supplement his pleadings after UST files for dismissal/conversation, Szanto reports he "also had some personal health issues relating to aggressive flare-ups of the arthritis which inflames my joints and particularly my hands . . . it has been particularly painful in the last 30 days, it is impossible for me to type as  to prepare any papers for filings." The pain is so "excruciating that I sometimes physically cry from it." | 13bk51261 (D.Nev.), Doc. 186 at 5-6 |
| 4/24/2014 | Asking for a continuance because his wife now suffers permanent disability for her leg injury and has become dependent on drugs and needs him for her addiction counseling | 16-bk-33185 (D.Ore.), Doc. 186 |
| 9/20/2016 | States his interest in renting out Newport Beach Property (to pay creditors) but claims his wife is living there and "at the moment my wife has multiple sclerosis." | 16-bk-33185 (D.Ore.), 341 Hr'g Tr. |
| 10/18/2017 | When asked by UST Carla McClurg whether he is on  any medications, he states only high blood pressure medication | 16-bk-33185 (D.Ore.), 341 Hr'g Tr. |
| 11/2/2017 | Stating in a motion that he "resides 1000 miles away from the Santa Ana Courthouse in rural Oregon" and  "is recuperating from recent cancer surgery. Travel anywhere is extremely arduous for him." | 17-cv-00019; Doc. 6 (motion to quash subpoena of Susan Szanto) |
| 1/3/2018 | seeking a continuance, Szanto claims his blood pressure is "dangerously elevated" and Dr. Patel, the Chief of the Department of Cardiology at the University of California at Irvine" wants to monitor him | 16-bk-33185 (D.Ore.), Doc. 320 p. 6 |
| 1/18/2018 | When ask by the Trustee in the District of Oregon about his funding of Yankee Trust, he says under oath "No No. What I said was that … okay. In 2014, in December 2014 the doctor told me I had three months to live, okay? This was not a joke by any means. I was sicker than a dog." | 16-bk-33185 (D.Ore.) at 106-108 |
| 2/8/2018 | Szanto moves to dismiss bankruptcy (after converted to Chapter 7), claiming he was diagnosed with **dementia** and "anticipates the imminent breakdown of his mental facilities will soon render him unable to further participate in this action in any meaningful manner whatsoever." Also claims he has become suicidal. | 16-bk-33185 (D.Ore.), Doc. 384 |
| 6/11/2018 | Unavailability in court due to "further cancer surgery," for which recuperation was alleged to take approximately two weeks. | 16-bk-33185 (D.Ore.), Doc 499 |

**Health Claims by Peter Szanto**

| Date of Claim | Szanto Statement/Action | Source |
|---|---|---|
| 7/19/2018 | "Appellant is recuperating from recent cancer surgery. Travel anywhere is extremely arduous for him. Therefore, any unnecessary trip which can be avoided (such as to the post office) . . . . | 18cv939 Doc. 9 (Motion for ECF filing priviledges) |
| 10/21/2018 | Ruling by J. McKittrick:  "I had previously explained to Mrs. Szanto, at a hearing held on May 30, 2018, the necessity of her appearing in person at the final hearing. I also explained that she would need to file a motion if she wanted to reschedule the Final Hearing. Mrs. Szanto stated that she understood.  On October 23, 2018, at 1:18 a.m., Debtor emailed my courtroom deputy stating that "it is doubtful" that Mrs. Szanto will appear at the final hearing because preparing for the Final Hearing had caused Mrs. Szanto to have a physical and emotional collapse on the morning of October 21." | 16-bk-33185 (D.Ore.), Doc. 605, 644 |
| 6/7/2019 | Motion to change venue from D. Oregon to C.D. California, because Susan Szanto "has been undergoing liver transplantation therapy for 6 months. Susan visits her doctor for care at least twice-a-week.  Her trips to the hospital require interaction with surgeons and physicians familiar with her diagnosis." | 16-3114 (D. Ore. Adv. Pro.), Doc. 446. |
| 6/17/2019 | In a request to continue the trial date, Szanto states "I am facing surgery which may result in my death on July 10." 10 days ago, "debtor relates that he has been going through magnetic resonance image (MRI) testing related to his melanoma to ascertain whether the melanoma has metastasized to his intestines.  Debtor will be having surgery on July 10, 2019 to remove those parts of his intestines which have been invaded by carcinoma. While previous surgeries of which Debtor has spoken merely cut and removed his flesh and sutured same with incisions, the July 10th surgery will involve the destruction and removal of major portions of Debtor's digestive system. There is extreme and significant possibility that Debtor might die during the procedure" | 16-3114, Doc. 449, 453 |
| 6/15/2020 | "This Court is aware that Appellant is terminally ill and must receive thrice weekly chemotherapy to be able to continue the series of cases before this Court," and his treatment has been made more difficult due to covid. | 18-cv-951, Doc. 50. |
| 10/5/2020 | In Motion to extend time to file opening brief: "For terminally ill Appellant, who likely will not survive the rendering of a decision in this Appeal, the added TRAUMA of the possibility of dying in Federal prison due to a lack of chemotherapy is a grave and difficult burden which makes brief preparation all the more difficult." | 19-cv-1089 Doc. 11 |
| | Szanto alleges he was an officer in the IDF was injured and hospitalized during a military maneuver in Israel. His injuries "were nearly fatal" and he was hospitalized for more than a year. He still suffers the effects today. | 21-35151 9th Cir Appeal, Opening Brief, p. 4. |

**Health Claims by Peter Szanto**

| Date of Claim | Szanto Statement/Action | Source |
|---|---|---|
| 6/5/2020 | Request for Mandate striking "Family Judgment" in 16-3114 (Adv. Pro. in D. Oregon): Szanto states "Petitioner is elderly and terminally ill. Petitioner's time and ability to prepare this brief were constrained by 4 weeks hospitalization with the Covid virus. Other health issues have also made preparation herein difficult." and "caused me to fall behind in the preparation of papers for timely filing in this Court." | 19-cv-2043 (Petition for Cert. from 11th Cir. To U.S. Supreme Court); Doc. 46-10 |
| | In 2017, "Appellant's immediate exigencies turned to his wife's surprise illness wherein she was unable to metabolize the essential nutrient iron. Because study of the body's inability to process iron is very limited in the United States, Appellant brought his wife to research facilities in Germany, Switzerland and Israel to highly specialized clinics. By the time of his wife's death in 2020, Appellant had spent $3million (none of which was provided from his Oregon Bankruptcy estate) in the effort to save his wife's life. Most of this money is still owed by Appellant." | CDCA dk ct appeal 23-cv-1172, Doc 12 Opening Brief) |