■ Peter Szanto
11 Shore Pine
Newport Beach CA 92657
949-887-2369



# U.S. District Court
Central District of California

**Peter Szanto,**

    **Debtor, Appellant**

# 8:23-cv-01172 SVW

FROM: 8:23-bk-11187-SC

## Appellant's Request to Postpone Hearing of 10-16-2023

    May it please this honorable court.

    Comes now Appellant requesting postponement of the hearing scheduled for October 16, 2023.

    For the reasons explained below, a postponement of three weeks is requested as to the hearing scheduled for 10-16-23.

    Appellant is an officer in the Israeli Defense Force (IDF).

    No doubt the Court is aware of the tragic events in Israel of October 7th and the mobilizations and military preparations now taking place in Israel.

    Appellant was called by his superior officer in the IDF immediately to come to Israel on October 8th.

The protocols of IDF security for those living outside Israeli is that all orders for mobilization are by direct / personal voice phone calls from a known superior officer.

There is no written document Appellant can show the Court.

For these reasons, Appellant is currently in Israel. Appellant anticipates that he will return to California in 3 weeks.

Appellant would pray rescheduling of the appeal's hearing to any date that is not a Friday. And also some day other than November 2, 2023.

### Verification

I, Peter Szanto, verify under penalty of perjury under the laws of the United States that all of the matters stated here are true of my own personal knowledge

Most respectfully,

DATED October 11, 2023   *Signed Electronically*   Peter Szanto

Signed at Jerusalem, Israel

**+++ note: the process server below is in the United States and will be mailing this document from the United States**

## PROOF of SERVICE

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action.
My business address is 11 Shore Pine, Newport Beach CA 92657.

On the date indicated below, I personally served the within:

**Request to Extend Date of Hearing**

on the following by placing the within document in postage pre-paid envelopes
addressed as (and also faxing to the creditor banks) indicated below:

```
1. PRA Receivables Management    2. United States Trustee (by ECF and email)
   PO Box 41021                     Attn: Corina R. Pandeli
   Norfolk, VA 23541                880 Front Street # 3230
                                    San Diego, CA 92101

3. Bank of America               4. Chase Bank
   100 N. Tyron                     700 Kansas Lane – 1st Floor
   Charlotte NC 28255               Monroe LA 71203

   FAX to 401-865-7950              FAX to 866-282-5682


5. Bank of New York    6. Trustee Corps        7. Capital One
   21 Hanson Place        17100 Gilette Ave       6125 Lakeview Road
   Brooklyn NY 11217      Irvine CA 92614         Charlotte NC 28269

   Fax to 561-682-8644

8. Quality Loan Service          9. Davis Wright Tremaine for Chase
   2763 Camino del Rio South        505 Montgomery St. #800
   San Diego CA 92108               San Francisco CA 94111

10. Chevron Texaco              11. Pentagon Federal Bank
    777 Long Ridge Rd.              7940 Jones Branch Dr.
    Stamford CT 06902               McClean  VA 22102

12. Franchise Tax Board         13. IRS–Insolvency Division
    Bankruptcy Div                  P.O. Box 7346
    P.O. Box 2952                   Philadelphia, PA 19101
    Sacramento, CA 95812
```

and by mailing copies to the above parties *via* 1st class mail, postage prepaid.
My fax machine returned successful transmission as to all 3 banks

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

<u>10 October 2023</u>  *Signed Electronically*  M. Reynolds

8:23-cv-01172_SVW            Extend Date of Hearing  10-10-2023                pg. 3