FILED



4:15 pm, 3/19/24

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | |
| vs. | Case Number: 1:23-CR-0095-SWS |
| PETER SZANTO | Interpreter Name |
| Defendant. | Interp. Phone: |

## CRIMINAL MINUTE SHEET ORAL RULING

☑ This Minute Sheet also contains a Minute Order
☑ This was a Telephonic Hearing

Date: 3/19/2024   Time: 2:32 - 3:16 PM

| Scott W. Skavdahl | Elayna Thorsell | Megan Strawn | William Elliott |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| U.S. Marshal | U.S. Probation Officer |
|---|---|

Attorney(s) for Government   Christyne Martens, Margaret Vierbuchen

Attorney(s) for Defendant(s)   Keith Nachbar

| Party | Pleading# | Motion To/For | Disposition |
|---|---|---|---|
| Defendant | 88 | Suppress Data | Denied |
| Defendant | 90 | Suppress FBI Interview | Granted |
| | | | |

Other:

The Court issued its oral ruling on the motions pending.

Minute Order: The Court denied the [88] Motion to Suppress and granted [90] Motion to Suppress, and supplementing this Court's End of Justice findings regarding trial continuance at ECF Document 121 for reasons as stated on the record and incorporated herein.