# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**4:32 pm, 5/9/24**

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff,

vs.

Case Number: 1:23-CR-00095-SWS

PETER SZANTO

Defendant.

## CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone:  Interpreter:
Date: May 9, 2024  Time: 3:05 - 3:20 PM

| Scott W. Skavdahl | Elayna Thorsell | Jan Davis | William Elliott |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| U.S. Marshal | U.S. Probation Officer |
|---|---|

Attorney(s) for Government    Christyne Martens

Attorney(s) for Defendant(s)  Keith Nachbar

Witness(es) for Government

Witness(es) for Defendant(s)

| Gov/Dft Doc # | Motion to/for | Disposition |
|---|---|---|
|  |  |  |

Other:
COMPETENCY HEARING
Defendant does not object to the report or the findings by Dr. Saint Martin.  The Court found defendant competent to proceed in this matter.
The Court set trial to begin June 24, 2024.
The Court directed this hearing be continued for tomorrow, Friday, May 9, 2024 at 4:00 PM.
Parties will inform the Court if a Faretta hearing or a Change of Plea will be held.