Keith R. Nachbar
Bar No. 6-2808
Keith R. Nachbar, P.C.
703 N. Lincoln Street
Casper, Wyoming 82601
Telephone: (307) 473-8977
Fax: (307) 473-8989
keith@nachbarlaw.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 23-CR-95-SWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PETER SZANTO, | ) | |
| | ) | |
| Defendant. | ) | |

### _MOTION TO CONTINUE SENTENCING_

**COMES NOW** Defendant, Peter Szanto, by and through his appointed counsel, Keith R. Nachbar of Keith R. Nachbar, P.C., and hereby moves this Court for a continuance of the sentencing hearing currently set in this matter for August 21, 2024 at 9:45 a.m. Defendant brings this motion on the grounds and for the reasons as follows:

1.     The sentencing hearing in this matter is set for August 21, 2024 at 9:45 a.m.

2.     Defendant is receiving treatment for his physical health and is unable to travel during his treatment.

3.    Counsel for Defendant was provided a medical letter excusing travel by Defendant's treating physician, Dr. Ali Husain.  Exhibit 1.

4.    The medical letter has been authenticated by Defendant's counsel through a conversation between Dr. Husain's office and counsel's paralegal.  The physician's office faxed an unsigned copy of the letter from their records.  Exhibit 2.

5.    Defense counsel consulted with Christyne Martens, attorney for the United States in this case, who informed counsel that the United States does object to the continuance.

6.    Defendant respectfully requests that the Court continue sentencing in this matter for two months for his ongoing treatments.

**WHEREFORE,** Defendant Peter Szanto hereby respectfully requests that the sentencing hearing in this matter be continued to a time and date convenient for the Court and the counsel, and for such other and further relief the Court deems proper in the premises.

**RESPECTFULLY SUBMITTED** this 15th day of August, 2024.

Peter Szanto, Defendant

By:  _/s/_____
Keith R. Nachbar
Bar No. 6-2808
Keith R. Nachbar, P.C.
703 N. Lincoln Street
Casper, WY 82601
(307) 473-8977

keith@nachbarlaw.com
ATTORNEY FOR DEFENDANT